UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

SEP 21 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

YITZCHOK FRANKEL; et al.,

Plaintiffs - Appellees,

v.

REGENTS OF THE UNIVERSITY OF CALIFORNIA; et al.,

Defendants - Appellees.

No. 25-5625

D.C. No. 2:24-cv-04702-MCS-PD
Central District of California,
Los Angeles

ORDER

The motion (Docket Entry No. 50) for an extension of time to file the reply brief is granted.

The optional reply brief is due October 21, 2026.

To facilitate timely submission of cases for decision, no further motions for extensions of time to file the reply brief will be granted absent extraordinary and compelling circumstances.

If the reply brief is not filed by October 21, 2026, the case may be submitted on the briefs already on file.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT